IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00692-RPM

SQUARE LINE INC.

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY,

    Defendants.
_____

ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND
_____

    Pursuant to the Stipulated Extension of Time to Answer, Move, Or Otherwise Respond to Plaintiff's Complaint, filed March 24, 2011 [2], it is

    ORDERED that defendants have to and including April 8, 2011 to respond to plaintiff's Complaint.

    DATED: March 25th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge