# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SQUARE LINE INC., ) | |
| ) | Civil Action No. 2011-cv-00692-RPM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN EXPRESS COMPANY and ) | |
| AMERICAN EXPRESS TRAVEL ) | |
| RELATED SERVICES COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER DISMISSING PLAINTIFF'S
## SECOND CLAIM FOR RELIEF WITHOUT PREJUDICE

Pursuant to the parties' Stipulation of Dismissal of Plaintiff's Second Claim for Relief without Prejudice [18], it is

ORDERED that Plaintiff's Second Claim for Relief as alleged in Plaintiff's Complaint for Money Damages is dismissed without prejudice, each party to bear their own attorneys' fees and costs.

DATED this 13th day of July, 2011.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge