**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2011-cv-00692-RPM

SQUARE LINE INC.,

    Plaintiff,

v.

AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY,

    Defendant.

---

**ORDER FURTHER AMENDING SCHEDULING ORDER FOR ENLARGEMENT OF TIME TO AMEND PLEADINGS AND JOIN ADDITIONAL PARTIES**

---

This Court, having reviewed the Parties' Stipulated Motion to Further Amend the Scheduling Order for Enlargement of Time to Amend Pleadings and Join Additional Parties, having considered the same and being duly advised in the premises, hereby finds that the stipulated motion is meritorious, and upon showing of good cause, should therefore be GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Order shall be further amended to enlarge the Parties' Deadline for Joinder of the Parties and Amendment of the Pleadings.

IT IS FURTHER ORDER that the Parties shall have up to and including November 18, 2011 to file their Joinder of the Parties and Amendment of the Pleadings.

DATED this 14th day of  November, 2011.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      Senior Judge Richard P. Matsch