# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 2011-cv-00692-RPM

SQUARE LINE INC.,

      Plaintiff,

v.

AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY,

      Defendant.

## ORDER APPROVING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

This Court, having reviewed the parties' Stipulated Motion for Dismissal with Prejudice, having considered the same and being duly advised in the premises, hereby finds that the stipulated motion is meritorious and should, therefore, be APPROVED.

IT IS, THEREFORE, ORDERED that the above captioned action is dismissed with prejudice, each party bearing its own attorneys' fees and costs.

DATED this 17th day of November, 2011.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      Senior Judge Richard P. Matsch